**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Worksite Labs, Inc., a Delaware corporation** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **85-1054301** | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3777 Long Beach Blvd. Suite 260**<br>**Long Beach, CA 90807**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

**A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor    **Worksite Labs, Inc., a Delaware corporation**                                    Case number (*if known*) _____
                  Name

**10.** **Are any bankruptcy cases**          ☒ No
         **pending or being filed by a**       ☐ Yes.
         **business partner or an**
         **affiliate of the debtor?**

List all cases. If more than 1,        Debtor _____                              Relationship _____
attach a separate list                  District _____        When _____    Case number, if known _____

**11.** **Why is the case filed in**    *Check all that apply:*
         **this district?**
                                        ☒  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
                                            preceding the date of this petition or for a longer part of such 180 days than in any other district.

                                        ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or**      ☒ No
         **have possession of any**
         **real property or personal**   ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
         **property that needs**
         **immediate attention?**                 **Why does the property need immediate attention?** (*Check all that apply.*)

                                                  ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                                     What is the hazard? _____

                                                  ☐ It needs to be physically secured or protected from the weather.

                                                  ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                                     livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                                  ☐ Other _____

                                                  **Where is the property?** _____
                                                                            Number, Street, City, State & ZIP Code

                                                  **Is the property insured?**

                                                  ☐ No

                                                  ☐ Yes.    Insurance agency _____

                                                             Contact name _____

                                                             Phone _____

████  **Statistical and administrative information**

**13.** **Debtor's estimation of**      *Check one:*
         **available funds**
                                        ☒ Funds will be available for distribution to unsecured creditors.

                                        ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of**         ☐ 1-49                       ☐ 1,000-5,000                 ☐ 25,001-50,000
         **creditors**                   ☐ 50-99                      ☐ 5001-10,000                ☐ 50,001-100,000
                                        ☒ 100-199                    ☐ 10,001-25,000              ☐ More than100,000
                                        ☐ 200-999

**15.** **Estimated Assets**            ☐ $0 - $50,000               ☒ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion
                                        ☐ $50,001 - $100,000         ☐ $10,000,001 - $50  million ☐ $1,000,000,001 - $10 billion
                                        ☐ $100,001 - $500,000        ☐ $50,000,001 - $100 million ☐ $10,000,000,001 - $50 billion
                                        ☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million ☐ More than $50 billion

**16.** **Estimated liabilities**       ☐ $0 - $50,000               ☒ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 3

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number (*if known*) | |
| | Name | | |

☐ $50,001 - $100,000     ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 19, 2023**
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Title    **Chief Executive Officer**

**Gary Frazier**
Printed name

**18. Signature of attorney**

X    */s/ David B. Golubchik*

Signature of attorney for debtor

Date    **July 19, 2023**
MM / DD / YYYY

**David B. Golubchik 185520**
Printed name

**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
Firm name

**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
Number, Street, City, State & ZIP Code

Contact phone    **(310) 229-1234**    Email address

**185520 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **Worksite Labs, Inc., a Delaware corporation**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __July 19, 2023__          X _____
                                          Signature of individual signing on behalf of debtor

                                          **Gary Frazier**
                                          Printed name

                                          **Chief Executive Officer**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Worksite Labs, Inc., a Delaware corporation** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| McKesson Medical Surgical 9954 Maryland Dr Ste 4000 Henrico, VA 23233 | | | | | | $367,143.73 |
| Orchard Software 701 Congressional Blvd Ste 360 Carmel, IN 46032 | | | | | | $335,047.48 |
| Rapid Acceleration Partners, Inc. 2251 Longview Rd Irving, TX 75063 | | | | | | $334,440.00 |
| Lumira DX 221 Crescent St Watham, MA 02453 | | | | | | $333,648.00 |
| Siemens Healthcare Diagnostics 221 Gregson Dr Cary, NC 27511 | | | | | | $324,486.79 |
| Medical Practice Partner Llc PO Box 2877 Riverview, FL 33568-2877 | | | | | | $312,044.86 |
| Randstad Healthcare 3625 Cumberland Blvd Suite 300 Atlanta, GA 30339 | | | | | | $309,601.70 |
| BairesDev 800 W. El Camino Real, Suite 180 Mountain View, CA 94040 | | | | | | $309,368.06 |

Debtor  **Worksite Labs, Inc., a Delaware corporation**
Name                                                                     Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 981535 El Paso, TX 75265-0448 | | | | | | $280,940.51 |
| SalesCatcher LLC 2133 W Chapman Ave Suite L Orange, CA 92868 | | | | | | $246,181.60 |
| Abbott Laboratories Inc POBox 92679 Chicago, IL 60675-2679 | | | | | | $195,307.24 |
| Rebuild California Alliance 7722 Avalon Blvd Los Angeles, CA 90003 | | | | | | $143,692.50 |
| Labcorp POBox 12140 Burlington, NC 27216 | | | | | | $143,615.62 |
| Dotted Line Collaborations 8000 Franklin Farms Dr Ste 100 Henrico, VA 23229 | | | | | | $139,044.00 |
| Hanna Construction 1203 W Shelly Ct Orange, CA 92868-1240 | | | | | | $91,973.00 |
| Beam & Associates 787 N Lincoln St Orange, CA 92867 | | | | | | $86,630.62 |
| Life Technologies Corporation 12088 Collections Center Drive Chicago, IL 60693 | | | | | | $81,707.36 |
| Strategic Medical Properties, Inc 1810 S El Camino Real Ste C San Clemente, CA 92672 | | | | | | $81,569.70 |

| Debtor | Worksite Labs, Inc., a Delaware corporation | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Greenberg Traurig 401 E Las Olas Blvd Ste 2000 Ft Lauderdale, FL 33301 | | | | | | $48,625.50 |
| Reliance Law Group 10000 Washington Blvd Flr 6 Culver City, CA 90232 | | | | | | $45,493.00 |

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Long Beach**                              , California.

Date:          **July 19, 2023**

_Gary Frazier_
Signature of Debtor 1


_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David B. Golubchik 185520<br>2818 La Cienega Avenue<br>Los Angeles, CA 90034<br>(310) 229-1234<br>California State Bar Number: 185520 CA | |

☐  *Debtor(s) appearing without an attorney*
■  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>        **Worksite Labs, Inc., a Delaware corporation**<br><br><br><br><br><br><br>                                              Debtor(s). | CASE NO.:<br>CHAPTER: **11**<br><br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __18__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **July 19, 2023** _____

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **July 19, 2023** _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    **F 1007-1.MAILING.LIST.VERIFICATION**

AB Lending SPV I LLC,
dba Mountain Ridge Capital
405 Lexington Ave, 59th Flr
New York, NY 10174

Abbott Laboratories Inc
POBox 92679
Chicago, IL 60675-2679

Amazon Capital Services
PO Box 035184
Seattle, WA 98124-5184

American Express
P.O. Box 981535
El Paso, TX 75265-0448

Analie Agsoy
19-A Sunrise Apt, 172 Sunrise St
Tamuning, HI 96913

Anisha Vasquez-Ogbor
6210 Avon Landing Lane
Spring, TX 77379

Artel Inc.
25 Bradley Drive
Westbrook, ME 04092

Atila Biosystems
740 Sierra Vista Avenue
Mountain View, CA 94043

Augustin Rojas
115 Red Rock Road
Red Rock, TX 78662

BairesDev
800 W. El Camino Real, Suite 180
Mountain View, CA 94040

Barnett Medical Services Inc
2346 Tripaldi Way
Hayward, CA 94545

Basic
PO Box 88297

Milwaukee, WI 53288

Bass Medical Group
2637 Shadelands Drive
Walnut Creek, CA 94598

Beam & Associates
787 N Lincoln St
Orange, CA 92867

Beckman Coulter Inc.
Dept. CH 10164
Palatine, IL 60055-0164

Bedside and Beyond
2627 Salem Crossing
Tucker, GA 30084

Bio-Rad Laboraties
1000 Alfred Nobel Drive
Hercules, CA 94547

Bird Rock Systems, Inc
PO Box 743175
Los Angeles, CA 90074-3175

Boren Osher & Luftman LLP
222 North Pacific Coast Highway
Suite 2222
El Segundo, CA 90245

Carlson & Jayakumar LLP
2424 Southeast Bristol Street
Suite 300
Newport Beach, CA 92660

Ceino Technologies Inc.
8407 Central Ave
Ste 2063
Newark, CA 94560

CG Capital Co
309 East Paces Ferry Rd NE
Suite 400
Atlanta, GA 30305

Cobalt Equipment Inc
PO Box 2231

Dublin, CA 94568

Cole-Palmer Instrument Company
13927 Collections Center Dr
Chicago, IL 60693

College of American Pathologists
PO Box 71698
Chicago, IL 60694-1698

Content Trip Solutions SL
Calle Antonio Maura, 10 4a
Madrid
Spain

Core Tech Development, LLc
139 Summerville Dr. Apt. 101
Tamuning  Guam, HI 96913

Dialpad, Inc
Dept 3808
Dallas, TX 75312-3808

Diamond Environmental Services, LP
807 E. Mission Road
San Marcos, CA 92069

Dotted Line Collaborations
8000 Franklin Farms Dr
Ste 100
Henrico, VA 23229

DrChrono Inc
328 Gibraltar Drive
Sunnyvale, CA 94089

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Enterprise Holdings, Inc
PO Box 402383
Atlanta, GA 30384-2383

ENV Services, Inc
2880 Bergey Road, Suite K
Hatfield, PA 19440

Ernestine Marie Melecio
133 Sali Ct
Yigo 96929
Guam

Etchandy Industrial Complex I, LLC
1241 North Lakeview Avenue
Suite F
Anaheim, CA 92807

Eventus Advisory Group
14201 N. Hayden Road
Ste A-1
Scottsdale, AZ 85260

Fast Signs of Long Beach
3395 Long Beach Boulevard
Long Beach, CA 90807

Find Your Info Corp
407 Morning Lane
Redwood City, CA 94065

FIRST Insurance Funding
PO Box 7000
Carol Stream, IL 60197-7000

Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812

General Water Technologies, Inc.
900 N 400 W
Ste 11
North Salt Lake, UT 84054

Generators Unlimited, Inc
285 Industrial Way
Brisbane, CA 94005-1009

Grainger
Dept 887546804
Palatine, IL 60038-0001

Greenberg Traurig
401 E Las Olas Blvd

Ste 2000
Ft Lauderdale, FL 33301

Greenberg Traurig LLP
8400 NW 36TH STREET
SUITE 400
DORAL, FL 33166

Gregory Hassell
9305 Hartman Way
West Hills, CA 91304

Gundry Partners
17434 Bellflower Blvd
Ste 300
Bellflower, CA 90706

Hanna Construction
1203 W Shelly Ct
Orange, CA 92868-1240

Happeo Oy
Fredrikinkatu 48, 6th Fl
Helsinki
Finland

HL7 Soup
113 Beach Road
Castor Bay
New Zealand

Hub International Insurance Services
9855 Scranton Road
Suite 100
San Diego, CA 92121

Hubspot Inc.
2 Canal Park
Cambridge, MA 02141

Hybridge
PO BOX 101478
PASADENA, CA 91189-0005

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903

Jennifer Artero
232 Redondo De Francisco Street
Tamuning 96931
Guam

Joanna De Vera
175 Chalan Acho Nonnak Macheche
Dededo 96929
Guam

Joe Fieck
11448 Caminito Corriente
San Diego, CA 92128

Kayla Zamary
4334 East Prickly Pear Trail
Phoenix, AZ 85050

Keiry Rosa
23941 SW 117TH CT
HOMESTEAD, FL 33032

Konnected Integrations DBA Trypticom Tec
9191 Bolsa Ave
Ste 206
Westminster, CA 92683

Labcorp
POBox 12140
Burlington, NC 27216

Laboratory Corporation of America
1225 Jay Lane
Graham, NC 27253

Laguna Heights Marketplace LLC
130 Vantis, Suite 200
Aliso Viejo, CA 92656

Lara Dalinsky
Unit 3240
#21
DPO, AA 34021

LendSpark Corporation
2554 Gateway Rd
Carlsbad, CA 92009

Leonel Anthony Valencia
P.O. Box 7376
Tamuning 96931
Guam

Life Technologies Corporation
12088 Collections Center Drive
Chicago, IL 60693

Lock & Leave Storage
550 Richfield Road
Placentia, CA 92870

Lumira DX
221 Crescent St
Watham, MA 02453

M & N Consulting Inc.
21358 Nordhoff St
Suite 105
Chatsworth, CA 91311

M Dekmezian MD, PLLC
407 E 25th St
Houston, TX 77008

Madhu Augustine
4867 Phelan Avenue
Fremont, CA 94538

Market Research & Devvelopment
20 Baki CT.
Yigo 96929
Guam

MCA Property Management Inc
1750 East Deere Avenue
Fl 2
Santa Ana, CA 92705

McKesson Medical Surgical
9954 Maryland Dr
Ste 4000
Henrico, VA 23233

Meagan Kidd
PMB 811 551 Route 10 Apt. 101

Mangilao 96913
Guam

Medcare MSO LLC
1000 Cordova Place
Ste 206
Santa Fe, NM 87505

Medical Practice Partner Llc
PO Box 2877
Riverview, FL 33568-2877

Medline Industries, LP
3 Lakes Dr
Northfield, IL 60093

Medtrainer
PO Box 31001-3416
Pasadena, CA 91110-3416

Mercury Insurance
PO Box 5600
Rancho Cucamonga, CA 91729-5600

Mettler Toledo Rainin, LLC
7500 Edgewater Drive
Box 2160
Oakland, CA 94621-3027

Mignon Tuazon
238 Ababang Loop
Yigo 96929
Guam

Mindful Financial LTD
517 Central Ave
Albuquerque, CO 87102

MMA Securities LLC
1166 Ave of the Americas
New York, NY 10036

Mobile Fuse LLC
25 East 21st Street
10th Floor
New York, NY 10010

Modern Mail Service, Inc

750 4th st
oakland, CA 94607

Mohamad Alsabban
POBox 24905
Barrigada 96921
Guam

Mountain Ridge
6801 Gaylord Pkwy
Ste 202
Frisco, TX 75034

Naor Ventura
4009 Sabio Drive
Apt 245
Austin, TX 78749

NextGen Healthcare
18111 Van Karman Ave
Ste 600
Irvine, CA 92612

Nobility Logistics, Inc
2913 Wilderness Boulevard West
Parrish, FL 34219

NV Energy South
P.O. Box 30150
Reno, NV 89520

Olsennet Solutions
1205 Dutch Mill Dr
Danville, CA 94526

OM Healthcare, Inc.
3777 LONG BEACH BLVD
Ste 260
Long Beach, CA 90807

Oracle America Inc.
15612 Collections Center Drive
Chicago, IL 60693

Orchard Software
701 Congressional Blvd
Ste 360
Carmel, IN 46032

Pacific Companies Inc
9821 Irvine Center Drive
Irvine, CA 92618

Payless Markets, Inc.
116 W Chalan Santo Papa
Hagatna 96910
Guam

Power Trip Rentals, LLC.
2501 Orange Ave.
Signal Hill, CA 90775

Premier Plan Consultants, Inc
6215 Ferris Square
Suite 125
San DIego, CA 92121

Premier Wireless Solutions LLC
88 Bonaventura Drive
San Jose, CA 95134

pVerify, Inc.
2522 Chambers Rd Ste 201
Tustin, CA 92780

Randstad Healthcare
3625 Cumberland Blvd
Suite 300
Atlanta, GA 30339

Rapid Acceleration Partners, Inc.
2251 Longview Rd
Irving, TX 75063

Rebuild California Alliance
7722 Avalon Blvd
Los Angeles, CA 90003

Reliance Law Group
10000 Washington Blvd
Flr 6
Culver City, CA 90232

Renov8Guam, inc.,
800 S. Marine Corps Drive
Tamuning 96913

Guam

Rent A Square Inc - Uncle John
5308 13th Avenue
Ste 376
brooklyn, NY 11219

RFSmart
3563 Philips Highway
Ste F-601
Jacksonville, FL 32207

Robert Driscoll
1111 Opal Street 15
Redondo Beach, CA 90277

SalesCatcher LLC
2133 W Chapman Ave
Suite L
Orange, CA 92868

Sharrica Miller
12120 Koudekerk Street
Artesia, CA 90701

Siemens Healthcare Diagnostics
221 Gregson Dr
Cary, NC 27511

Solv Health Inc
1423 Broadway
Suite 312
Oakland, CA 94612

Staples, Inc.
500 Staples Drive
Framingham, MA 01702

Stericycle Central
2355 Waukegan Rd
Bannockbum, IL 60015

Strategic Medical Properties, Inc
1810 S El Camino Real
Ste C
San Clemente, CA 92672

Sunrise Dermatology, PLLC

4 Pine Hollow Drive
Henderson, NV 89052

Swift West Emergency Care Inc
940 Pearl Drive
San Marcos, CA 92078

Teklehaimanot Abraha
1090 B St
162
Hayward, CA 94541

Tiffany Marie Porte
PO BOX 8493
Tamuning 96931
Guam

Timothy Ogata
7803 East Walnut Ridge Road
Orange, CA 92869

Triple B Forwarders
1511 Glenn Curtiss St
Carson, CA 90746

Twilio, Inc
101 Spear St
Ste 500
San Francisco, CA 94105

Uline Shipping Supplies
PO Box 88741
Chicago, IL 60680

United Site Services
PO Box 660475
Dallas, TX 75266-0475

Universal Baptist Church Inc
742 Jefferson Avenue
Brooklyn, NY 11221

VELLAB
PO BOX 39802
Downey, CA 90239

Vernice Williams
404A Hancock Street

Brooklyn, NY 11216

William Baer
3210 James Drive
Carlsbad, CA 92008

Williams Scotsman, Inc.
901 S Bond St
Ste 600
Baltimore, MD 21231

WithumSmith Brown, PC
506 Carnegie Center, Suite 400
Princeton, NJ 08540

WL Rich Hill LLC
12709 91st Avenue
Richmond Hill, NY 11418

Yosemite Pathology Medical Group
PO BOX 981381
WEST SACRAMENTO, CA 95798

ACTION BY UNANIMOUS WRITTEN CONSENT

IN LIEU OF A MEETING

OF THE BOARD OF DIRECTORS

OF

WORKSITE LABS, INC.

July 18, 2023

The undersigned, constituting all of the members of the Board of Directors (the "**Board**") of Worksite Labs, Inc., a Delaware corporation (the "**Company**"), pursuant to Section 141(f) of the Delaware General Corporation Law, acting by written consent without a meeting, do hereby consent to the adoption of the following resolutions as of the date hereof with the same force and effect as if such resolutions were approved and adopted at a duly constituted meeting of the Board:

**WHEREAS**, the Company has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

## Chapter 11 Case

**NOW, THEREFORE, BE IT RESOLVED**, that the Company be, and hereby is, authorized and empowered to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") in a court of proper jurisdiction (the "**Bankruptcy Court**"); and

**RESOLVED FURTHER**, that any officer of the Company (each, an "**Authorized Officer**" and collectively, the "**Authorized Officers**") be, and each of them individually hereby is, authorized, in the name and on behalf of the Company, appointed as the Company's authorized representatives, and in such capacity, acting alone or together, with power of delegation, be, and they hereby are, authorized and empowered to execute and file on behalf of the Company, including in the Company's capacity as shareholder or member of its subsidiaries, all petitions, schedules, lists, applications, pleadings and other motions, papers, agreements, consents or documents, and to take any and all action that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's businesses.

## Retention of Professionals

**RESOLVED FURTHER**, that each Authorized Officer be, and they hereby are, authorized and directed to employ the law firm of Levene, Neale, Bender, Yoo & Golubchik LLP as general bankruptcy counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Levene, Neale, Bender, Yoo & Golubchik LLP.

**RESOLVED FURTHER**, that each Authorized Officer be, and they hereby are, authorized and directed to employ the law firm of Reliance Law Group LLP as corporate counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, as well as general corporate matters, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed an appropriate application for authority to retain the services of Reliance Law Group LLP.

**RESOLVED FURTHER** that each Authorized Officer be, and they hereby are, authorized and directed to employ the firm of Carlson & Jayakumar LLP as healthcare regulatory counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, as well as healthcare related matters, and to take all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of Carlson & Jayakumar LLP.

**RESOLVED FURTHER** that each Authorized Officer be, and they hereby are, authorized and directed to employ any other professionals to assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations; and in connection therewith, each of the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and to cause to be filed appropriate applications for authority to retain the services of any other professionals as necessary.

**RESOLVED FURTHER** that each Authorized Officer be, and they hereby are, with power of delegation, authorized, empowered and directed to execute and file all petitions, schedules, motions, lists, applications, pleadings, and other papers and, in connection therewith, to employ and retain all assistance by legal counsel, accountants, financial advisors, and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper or desirable in connection with the Chapter 11 Case, with a view to the successful prosecution of such case.

## General

**RESOLVED FURTHER**, that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of the Authorized Officers (and their designees and delegates) be, and they hereby are, authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such agreements, certificates, instruments and other documents and to pay all expenses, including but not limited to filing fees, in each case as in such officer's or officers' judgment, shall be necessary, advisable or desirable in order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED FURTHER**, that all members of the Board of the Company have received sufficient notice of the actions and transactions relating to the matters by the foregoing resolutions, as may be required by the organizational documents of the Company, or hereby waive any right to have received such notice.

DocuSign Envelope ID: 85D4438A-EDC2-4949-B315-FCBC6EACD0C5

**RESOLVED FURTHER**, that all acts, actions and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken before the adoption of these resolutions, are hereby in all respects approved and ratified as the true acts and deeds of the Company with the same force and effect as if each such act, transaction, agreement or certificate has been specifically authorized in advance by resolution by the Board.

**RESOLVED FURTHER**, that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, all of which taken together shall constitute one and the same instrument.

*[SIGNATURE PAGE FOLLOWS]*

IN WITNESS WHEREOF, each of the undersigned has executed this Action by Unanimous Written Consent as of the date first written above.

_DocuSigned by:_

_Craig Beam_

DFFA3EB13F40498...

Craig Beam

_DocuSigned by:_

_Gary Frazier_

5694D30FDB61424...

Gary Frazier

_DocuSigned by:_

_Ken Lee_

C24D50ACED2F4E5...

Ken Lee