DAVID B. GOLUBCHIK (SBN 185520)
ANTHONY A. FRIEDMAN (SBN 201955)
JOHN-PATRICK M. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & GOLUBCHIK L.L.P.
2818 La Cienega Avenue
Los Angeles, CA 90034
Telephone: (310) 229-1234
Fax: (310) 229-1244
Email: DBG@LNBYG.COM, AAF@LNBYG.COM, JPF@LNBYG.COM

**FILED & ENTERED**

**JUL 28 2023**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY vandenst DEPUTY CLERK**

Proposed Attorneys for Chapter 11 Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>WORKSITE LABS, INC.,<br><br>Debtor and Debtor in Possession, | Case No.: 2:23-bk-14539-VZ<br><br>Chapter 11 Case<br>Subchapter V<br><br>**ORDER AUTHORIZING DEBTOR TO HONOR AND/OR PAY PRE-PETITION WAGES, SALARIES, COMMISSIONS, AND VACATION, LEAVE AND OTHER BENEFITS, AND REIMBURSABLE EXPENSES; AND HONOR AND/OR PAY RELATED PAYROLL TAXES AND WORKERS' COMPENSATION INSURANCE COSTS**<br><br>Hearing:<br>DATE:    July 27, 2023<br>TIME:    11:00 a.m.<br>PLACE:   Courtroom 1368<br>         255 East Temple Street<br>         Los Angeles, CA 90012 |

///
///
///
///
///

1

On July 27, 2023, at 11:00 a.m., the Honorable Vincent P. Zurzolo, United States Bankruptcy Court for the Central District of California (the "Court") held a hearing (the "Hearing") on an emergency basis to consider that certain "Debtor's Emergency Motion for an Order Authorizing Debtor to Honor and/or Pay Pre-petition Wages, Salaries, Commissions, and Vacation, Leave and Other Benefits, and Reimbursable Expenses" (the "Motion") [ECF 11] filed by Worksite Labs, Inc., a Delaware corporation (the "Debtor"), the debtor and debtor in possession in the above-referenced Chapter 11 bankruptcy case (the "Case"). Appearances were made as set forth on the record of the Court at the Hearing.

The Court, having read and considered the Motion, the Omnibus Statement of Facts and Omnibus Declaration of Gary Frazier (the "Declaration") filed separately and concurrently in support of the Motion, and all other pleadings filed in support of the Motion, proper notice of the hearing on the Motion having been provided in light of the circumstances of this Case, the record in the Case, the docket in the Case, and for good cause appearing, therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Motion is granted as set forth in this Order.

2. The Debtor is authorized to pay and/or honor all pre-petition Wages (as that term is defined in the Motion) of the Debtor's employees upon the following terms and conditions:

    a. With respect to employees continued to be employed by the Debtor on the Petition Date, the Debtor is authorized to pay the pre-petition Wages including, without limitation, salary/wages, taxes and benefits (including 401(k) contributions) provided that (a) no payments are made to the "insiders" of the Debtor on account of the Wages; and (b) no payments are made to, or for the benefit of, any employee in excess of the cap provided in 11 U.S.C. § 507(a)(4);

    b. With respect to employees no longer employed by the Debtor on the Petition Date, the Debtor is authorized to pay and/or fund the benefits (including 401(k) contributions) deducted from such employees compensation.

3.  The Debtor is authorized to honor paid time off and leave benefits in the ordinary course of business.

4.  The relief granted in this Order is subject to the terms and conditions of the Interim Order (I) Authorizing Debtor to (A) Obtain PostPetition Financing Pursuant to 11 U.S.C. § 364 and (B) Utilize Cash Collateral of PrePetition Secured Creditor Pursuant to 11 U.S.C. § 363; (II) Scheduling a Final Hearing; and (III) Granting Related Relief.

###

Date: July 28, 2023

Vincent P. Zurzolo
United States Bankruptcy Judge

*Respectfully submitted*

Dated: July 27, 2023　　　　　　　　　　WORKSITE LABS, INC.

By: /s/ David B. Golubchik
　　　DAVID B. GOLUBCHIK
　　　ANTHONY A. FRIEDMAN
　　　JOHN-PATRICK M. FRITZ
　　　LEVENE, NEALE, BENDER, YOO
　　　　& GOLUBCHIK L.L.P.
　　Proposed Attorneys for Debtor and
　　Debtor in Possession