**Fill in this information to identify the case:**

Debtor name **Worksite Labs, Inc., a Delaware corporation**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:23-bk-14539-VZ**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors       12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 16, 2023**       X _____
                                        Signature of individual signing on behalf of debtor

**Gary Frazier**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

## United States Bankruptcy Court
### Central District of California - Los Angeles Division

| | | | |
|---|---|---|---|
| In re | **Worksite Labs, Inc., a Delaware corporation** | Case No. | **2:23-bk-14539-VZ** |
| | Debtor(s) | Chapter | **11** |

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **See Attachment** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| Date   **August 16, 2023** | Signature | **Gary Frazier** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Name | Outstanding Ownership |
|---|---|
| Aaron Pogue | .000% |
| Adisa Cartwright | .000% |
| Adit Parasuram | .000% |
| Alexandra Stack | .000% |
| Alexis Middleton | .000% |
| Andres Echeandia | .000% |
| Andrew Williams | .000% |
| Anthony Horgan | .333% |
| Antonio Khalife | .000% |
| Benjamin Curtis-Ozolins | .000% |
| Bill Foulkes | .532% |
| Brittney Smith | .000% |
| Caitlin McNichol | .000% |
| Christine Hsu-Nazzal | .000% |
| Christopher Reeves | .000% |
| Craig Beam | 38.787% |
| Daiane Lima Silva | .000% |
| Dana Webster | .000% |
| Daniela Rizo-Martinez | .000% |
| Donald Johnson | .000% |
| Elijah Frazier | .000% |
| Elmer Chua Sr. | .000% |
| Emily Pollard | .000% |
| Enrique Ubiadas | .000% |
| Erica Murriel | .000% |
| Gary Frazier | 38.787% |
| Gena Anderson | .000% |
| Jack Sahagian | .333% |
| Jacqueline Araujo | .000% |
| James Beam | .000% |
| Jaquette Di Maggio | .000% |
| Jeanette Quintana | .000% |

| | |
|---|---|
| Jennifer Artero | .000% |
| Jeremy Jones | .000% |
| Jocelyn Nagy | .000% |
| Johan Peter Swaniker | 6.759% |
| Jon Yipp | .000% |
| Kalina Flores | .000% |
| Kanesha Murphy | .000% |
| Karnesha Laws | .000% |
| Konsortium LLC | 7.080% |
| Lauren Lang | .000% |
| Lily Flor Purganan | .000% |
| Lindsay Williams | .000% |
| Lisa Jensen- Long | 6.786% |
| Marie Willingham | .000% |
| Mario Jones | .000% |
| Maurice Shaw | .000% |
| Mayur Upparapalli | .000% |
| Melecio Ernestine | .000% |
| Michael Jones | .000% |
| Michael Maguire | .000% |
| Minuan Mack | .000% |
| Nakia Guillory-Flores | .000% |
| Natasha Dunsmoor | .000% |
| Nicholas Beard | .000% |
| Noah Pineda | .000% |
| Philip and Mary Stump Family Trust dated May | .603% |
| Rachel Roberts | .000% |
| Rennwick Ingram | .000% |
| Ryan Nicaragua | .000% |
| Samantha Hughley | .000% |
| Sarah Carreon | .000% |
| Shelton Bechnel | .000% |
| Tahi Auwae-Kimura | .000% |
| Taylor Gurney | .000% |
| Victor Comaianni | .000% |
| **Total Shares outstanding** | **100.000%** |

8/16/23 2:46PM

**Fill in this information to identify the case:**

Debtor name    **Worksite Labs, Inc., a Delaware corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)    **2:23-bk-14539-VZ**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................    $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................    $     **11,756,902.77**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................    $     **11,756,902.77**

---

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $     **3,500,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $     **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$     **3,898,516.41**

4. **Total liabilities** ..............................................................................................
    Lines 2 + 3a + 3b    $     **7,398,516.41**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Worksite Labs, Inc., a Delaware corporation**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known) **2:23-bk-14539-VZ**

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **First Republic Bank** | **Checking** | **5201** | $810.00 |
| 3.2. | **Bank of Hawaii** | **Checking** | | $9,885.05 |
| 3.3. | **First Republic Bank** | **Checking** | **0930** | $11,982.53 |
| 3.4. | **First Republic Bank** | **Checking** | **2928** | $1,732.19 |
| 3.5. | **First Republic Bank** | **Checking** | **5972** | $0.00 |
| 3.6. | **First Republic Bank** | **Checking** | **5733** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number *(If known)* | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

5.      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$24,409.77

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**

11a. 90 days old or less:  **5,469,676.00**  -  **0.00**  = ....    **$5,469,676.00**
                          face amount            doubtful or uncollectible accounts

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$5,469,676.00

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |
| 22.  **Other inventory or supplies**<br>**Inventory** | | **$0.00** | | **$372,252.00** |

23.     **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

$372,252.00

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

8/16/23 2:46PM

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number *(If known)* | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
 ■ No
 ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
 ■ No
 ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

 ■ No.  Go to Part 7.
 ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

 ■ No.  Go to Part 8.
 ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

 ☐ No.  Go to Part 9.
 ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2021 Hyundai Santa Fe (leased vehicle)** | **$0.00** | | **Unknown** |
| 47.2.  **2020 Honda CR-V (leased vehicle)** | **$0.00** | | **Unknown** |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  **Converted Trailers for Medical Testing** | **$0.00** | | **Unknown** |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Furnishings, fixtures and equipment** | **$0.00** | | **$1,890,565.00** |

51. **Total of Part 8.**                                                                                     **$1,890,565.00**
 Add lines 47 through 50.  Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
 ■ No
 ☐ Yes

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number *(If known)* | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

**53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

**Part 9:      Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.

☐ Yes Fill in the information below.

**Part 10:       Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.

☐ Yes Fill in the information below.

**Part 11:       All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor)<br>**Claims against Medical Practice**<br>**Partner LLC - failure to bill and**<br>**collect for services rendered**<br><br>**4,000,000.00**  -  0.00  =<br>Total face amount    doubtful or uncollectible amount | **$4,000,000.00** |

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

| | |
|---|---|
| Add lines 71 through 77. Copy the total to line 90. | **$4,000,000.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number *(If known)* | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,409.77 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $5,469,676.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $372,252.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,890,565.00 | |
| 88. **Real property.** *Copy line 56, Part 9.......................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $11,756,902.77 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,756,902.77 |

**Fill in this information to identify the case:**

Debtor name   **Worksite Labs, Inc., a Delaware corporation**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (if known)   **2:23-bk-14539-VZ**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

| | Column A | Column B |
|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **AB Lending SPV I LLC,** | Describe debtor's property that is subject to a lien | $1,800,000.00 | $7,747,493.00 |
|---|---|---|---|---|

Creditor's Name

**dba Mountain Ridge Capital
405 Lexington Ave, 59th Flr
New York, NY 10174**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
1/30/2023**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Substantially all assets of Debtor**

Describe the lien

**First priority lien**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.2 | **Alliance Funding Group** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o K. Peters, Dressler
Peters LLC
101 W. Grand Ave, Ste 404
Chicago, IL 60654**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien

**Property subject to a lien: Debtor's 2 vehicles and processing modules**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

8/16/23 2:46PM

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number (if known) | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **LendSpark Corporation** |
|---|---|

Creditor's Name

**2554 Gateway Rd
Carlsbad, CA 92009**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
5/10/2023
Last 4 digits of account number
3239**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**substantially all assets of Debtor**                    $1,700,000.00    $7,747,493.00

**Describe the lien**
**Second priority security interest**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $3,500,000.00 |
|---|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CT Corporation Systems
330 N. Brand Blvd.
Suite 700, Attn: SPRS
Glendale, CA 91203** | Line  **2.3** | |

| Fill in this information to identify the case: |
|---|

Debtor name **Worksite Labs, Inc., a Delaware corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)  **2:23-bk-14539-VZ**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1:  List All Creditors with PRIORITY Unsecured Claims |
|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|  | **Employment Development Department** | *Check all that apply.* | | |
|  | **Bankruptcy Group MIC 92E** | ☐ Contingent | | |
|  | **P.O. Box 826880** | ☐ Unliquidated | | |
|  | **Sacramento, CA 94280-0001** | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: **Notice** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
|  |  | ☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|  | **Franchise Tax Board** | *Check all that apply.* | | |
|  | **Special Procedures** | ☐ Contingent | | |
|  | **POB 2952** | ☐ Unliquidated | | |
|  | **Sacramento, CA 95812** | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: **Notice** | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
|  |  | ☐ Yes | | |

8/16/23 2:46PM

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | | Case number (if known) | **2:23-bk-14539-VZ** |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195,307.24** |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Abbott Laboratories Inc
POBox 92679
Chicago, IL 60675-2679**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Amazon Capital Services
PO Box 035184
Seattle, WA 98124-5184**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$280,940.51** |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**American Express
P.O. Box 981535
El Paso, TX 75265-0448**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Analie Agsoy
19-A Sunrise Apt, 172 Sunrise St
Tamuning, HI 96913**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

Nonpriority creditor's name and mailing address
**Anisha Vasquez-Ogbor
6210 Avon Landing Lane
Spring, TX 77379**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

8/16/23 2:46PM

| Debtor | Worksite Labs, Inc., a Delaware corporation | Case number (if known) | 2:23-bk-14539-VZ |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Artel Inc.** | ☐ Contingent | |
| | **25 Bradley Drive** | ☐ Unliquidated | |
| | **Westbrook, ME 04092** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Atila Biosystems** | ☐ Contingent | |
| | **740 Sierra Vista Avenue** | ☐ Unliquidated | |
| | **Mountain View, CA 94043** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Augustin Rojas** | ☐ Contingent | |
| | **115 Red Rock Road** | ☐ Unliquidated | |
| | **Red Rock, TX 78662** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $309,368.06 |
| | **BairesDev** | ☐ Contingent | |
| | **800 W. El Camino Real, Suite 180** | ☐ Unliquidated | |
| | **Mountain View, CA 94040** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Barnett Medical Services Inc** | ☐ Contingent | |
| | **2346 Tripaldi Way** | ☐ Unliquidated | |
| | **Hayward, CA 94545** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Basic** | ☐ Contingent | |
| | **PO Box 88297** | ☐ Unliquidated | |
| | **Milwaukee, WI 53288** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Bass Medical Group** | ☐ Contingent | |
| | **2637 Shadelands Drive** | ☐ Unliquidated | |
| | **Walnut Creek, CA 94598** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number (if known) | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,630.62** |
|---|---|---|---|

**Beam & Associates**
**787 N Lincoln St**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Beckman Coulter Inc.**
**Dept. CH 10164**
**Palatine, IL 60055-0164**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bedside and Beyond**
**2627 Salem Crossing**
**Tucker, GA 30084**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bio-Rad Laboratries**
**1000 Alfred Nobel Drive**
**Hercules, CA 94547**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bird Rock Systems, Inc**
**PO Box 743175**
**Los Angeles, CA 90074-3175**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Boren Osher & Luftman LLP**
**222 North Pacific Coast Highway**
**Suite 2222**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carlson & Jayakumar LLP**
**2424 Southeast Bristol Street**
**Suite 300**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number (if known) | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ceino Technologies Inc.**
**8407 Central Ave**
**Ste 2063**
**Newark, CA 94560**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**CG Capital Co**
**309 East Paces Ferry Rd NE**
**Suite 400**
**Atlanta, GA 30305**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cobalt Equipment Inc**
**PO Box 2231**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Cole-Palmer Instrument Company**
**13927 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**College of American Pathologists**
**PO Box 71698**
**Chicago, IL 60694-1698**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Content Trip Solutions SL**
**Calle Antonio Maura, 10 4a**
**Madrid**
**Spain**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Core Tech Development, LLc**
**139 Summerville Dr. Apt. 101**
**Tamuning  Guam, HI 96913**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number (if known) | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dialpad, Inc**
**Dept 3808**
**Dallas, TX 75312-3808**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Diamond Environmental Services, LP**
**807 E. Mission Road**
**San Marcos, CA 92069**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139,044.00 |
|---|---|---|---|

**Dotted Line Collaborations**
**8000 Franklin Farms Dr**
**Ste 100**
**Henrico, VA 23229**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DrChrono Inc**
**328 Gibraltar Drive**
**Sunnyvale, CA 94089**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Enterprise Holdings, Inc**
**PO Box 402383**
**Atlanta, GA 30384-2383**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ENV Services, Inc**
**2880 Bergey Road, Suite K**
**Hatfield, PA 19440**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ernestine Marie Melecio**
**133 Sali Ct**
**Yigo 96929**
**Guam**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

8/16/23 2:46PM

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number (if known) | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Etchandy Industrial Complex I, LLC**
**1241 North Lakeview Avenue**
**Suite F**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eventus Advisory Group**
**14201 N. Hayden Road**
**Ste A-1**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fast Signs of Long Beach**
**3395 Long Beach Boulevard**
**Long Beach, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Find Your Info Corp**
**407 Morning Lane**
**Redwood City, CA 94065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**FIRST Insurance Funding**
**PO Box 7000**
**Carol Stream, IL 60197-7000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**General Water Technologies, Inc.**
**900 N 400 W**
**Ste 11**
**North Salt Lake, UT 84054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Generators Unlimited, Inc**
**285 Industrial Way**
**Brisbane, CA 94005-1009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number (if known) | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Grainger**
**Dept 887546804**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$48,625.50** |
|---|---|---|---|

**Greenberg Traurig**
**401 E Las Olas Blvd**
**Ste 2000**
**Ft Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Greenberg Traurig LLP**
**8400 NW 36TH STREET**
**SUITE 400**
**DORAL, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Gregory Hassell**
**9305 Hartman Way**
**West Hills, CA 91304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Guam Regional Medical City**
**133 3, Dededo**
**Yigo, GU 96929**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Gundry Partners**
**17434 Bellflower Blvd**
**Ste 300**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$91,973.00** |
|---|---|---|---|

**Hanna Construction**
**1203 W Shelly Ct**
**Orange, CA 92868-1240**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

8/16/23 2:46PM

| Debtor | Worksite Labs, Inc., a Delaware corporation | Case number (if known) | 2:23-bk-14539-VZ |
|---|---|---|---|
| | Name | | |

---

**3.48**

**Nonpriority creditor's name and mailing address**
**Happeo Oy**
**Fredrikinkatu 48, 6th Fl**
**Helsinki**
**Finland**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.49**

**Nonpriority creditor's name and mailing address**
**HL7 Soup**
**113 Beach Road**
**Castor Bay**
**New Zealand**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.50**

**Nonpriority creditor's name and mailing address**
**Hub International Insurance Services**
**9855 Scranton Road**
**Suite 100**
**San Diego, CA 92121**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.51**

**Nonpriority creditor's name and mailing address**
**Hubspot Inc.**
**2 Canal Park**
**Cambridge, MA 02141**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.52**

**Nonpriority creditor's name and mailing address**
**Hybridge**
**PO BOX 101478**
**PASADENA, CA 91189-0005**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Jennifer Artero**
**232 Redondo De Francisco Street**
**Tamuning 96931**
**Guam**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Joanna De Vera**
**175 Chalan Acho Nonnak Macheche**
**Dededo 96929**
**Guam**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

8/16/23  2:46PM

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number (if known) | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Fieck**
**11448 Caminito Corriente**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kayla Zamary**
**4334 East Prickly Pear Trail**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keiry Rosa**
**23941 SW 117TH CT**
**HOMESTEAD, FL 33032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Konnected Integrations DBA Trypticom Tec**
**9191 Bolsa Ave**
**Ste 206**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $143,615.62 |
|---|---|---|---|

**Labcorp**
**POBox 12140**
**Burlington, NC 27216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laboratory Corporation of America**
**1225 Jay Lane**
**Graham, NC 27253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laguna Heights Marketplace LLC**
**130 Vantis, Suite 200**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number *(if known)* | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

---

**3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lara Dalinsky**
**Unit 3240**
**#21**
**DPO, AA 34021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Leonel Anthony Valencia**
**P.O. Box 7376**
**Tamuning 96931**
**Guam**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,707.36**

**Life Technologies Corporation**
**12088 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Lock & Leave Storage**
**550 Richfield Road**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$333,648.00**

**Lumira DX**
**221 Crescent St**
**Watham, MA 02453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**M & N Consulting Inc.**
**21358 Nordhoff St**
**Suite 105**
**Chatsworth, CA 91311**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**M Dekmezian MD, PLLC**
**407 E 25th St**
**Houston, TX 77008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

8/16/23 2:46PM

| Debtor | Worksite Labs, Inc., a Delaware corporation | Case number (if known) | 2:23-bk-14539-VZ |
|---|---|---|---|
| | Name | | |

---

**3.69**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Madhu Augustine**<br>**4867 Phelan Avenue**<br>**Fremont, CA 94538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.70**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Market Research & Devvelopment**<br>**20 Baki CT.**<br>**Yigo 96929**<br>**Guam** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.71**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **MCA Property Management Inc**<br>**1750 East Deere Avenue**<br>**Fl 2**<br>**Santa Ana, CA 92705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.72**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $367,143.73 |
|---|---|---|
| **McKesson Medical Surgical**<br>**9954 Maryland Dr**<br>**Ste 4000**<br>**Henrico, VA 23233** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Meagan Kidd**<br>**PMB 811 551 Route 10 Apt. 101**<br>**Mangilao 96913**<br>**Guam** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Medcare MSO LLC**<br>**1000 Cordova Place**<br>**Ste 206**<br>**Santa Fe, NM 87505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Medical Practice Partner LLC**<br>**PO Box 2877**<br>**Riverview, FL 33568-2877** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

8/16/23 2:46PM

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number (if known) | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Medline Industries, LP**<br>**3 Lakes Dr**<br>**Northfield, IL 60093** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Medtrainer**<br>**PO Box 31001-3416**<br>**Pasadena, CA 91110-3416** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Mercury Insurance**<br>**PO Box 5600**<br>**Rancho Cucamonga, CA 91729-5600** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Mettler Toledo Rainin, LLC**<br>**7500 Edgewater Drive**<br>**Box 2160**<br>**Oakland, CA 94621-3027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Mignon Tuazon**<br>**238 Ababang Loop**<br>**Yigo 96929**<br>**Guam** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Mindful Financial LTD**<br>**517 Central Ave**<br>**Albuquerque, CO 87102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **MMA Securities LLC**<br>**1166 Ave of the Americas**<br>**New York, NY 10036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

8/16/23 2:46PM

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number (if known) | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mobile Fuse LLC**
**25 East 21st Street**
**10th Floor**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Modern Mail Service, Inc**
**750 4th st**
**oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mohamad Alsabban**
**POBox 24905**
**Barrigada 96921**
**Guam**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mountain Ridge**
**6801 Gaylord Pkwy**
**Ste 202**
**Frisco, TX 75034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Naor Ventura**
**4009 Sabio Drive**
**Apt 245**
**Austin, TX 78749**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NextGen Healthcare**
**18111 Van Karman Ave**
**Ste 600**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nobility Logistics, Inc**
**2913 Wilderness Boulevard West**
**Parrish, FL 34219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

8/16/23 2:46PM

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number (if known) | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NV Energy South**
**P.O. Box 30150**
**Reno, NV 89520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Olsennet Solutions**
**1205 Dutch Mill Dr**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**OM Healthcare, Inc.**
**3777 LONG BEACH BLVD**
**Ste 260**
**Long Beach, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Oracle America Inc.**
**15612 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $335,047.48 |
|---|---|---|---|

**Orchard Software**
**701 Congressional Blvd**
**Ste 360**
**Carmel, IN 46032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pacific Companies Inc**
**9821 Irvine Center Drive**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Payless Markets, Inc.**
**116 W Chalan Santo Papa**
**Hagatna 96910**
**Guam**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number *(if known)* | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Power Trip Rentals, LLC.**
**2501 Orange Ave.**
**Signal Hill, CA 90775**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Premier Plan Consultants, Inc**
**6215 Ferris Square**
**Suite 125**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Premier Wireless Solutions LLC**
**88 Bonaventura Drive**
**San Jose, CA 95134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**pVerify, Inc.**
**2522 Chambers Rd Ste 201**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $309,601.70 |
|---|---|---|---|

**Randstad Healthcare**
**3625 Cumberland Blvd**
**Suite 300**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $334,440.00 |
|---|---|---|---|

**Rapid Acceleration Partners, Inc.**
**2251 Longview Rd**
**Irving, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $143,692.50 |
|---|---|---|---|

**Rebuild California Alliance**
**7722 Avalon Blvd**
**Los Angeles, CA 90003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number (if known) | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,493.00**

**Reliance Law Group**
**10000 Washington Blvd**
**Flr 6**
**Culver City, CA 90232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Renov8Guam, inc.,**
**800 S. Marine Corps Drive**
**Tamuning 96913**
**Guam**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Rent A Square Inc - Uncle John**
**5308 13th Avenue**
**Ste 376**
**brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**RFSmart**
**3563 Philips Highway**
**Ste F-601**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Robert Driscoll**
**1111 Opal Street 15**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246,181.60**

**SalesCatcher LLC**
**2133 W Chapman Ave**
**Suite L**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sharrica Miller**
**12120 Koudekerk Street**
**Artesia, CA 90701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | | Case number *(if known)* | **2:23-bk-14539-VZ** |
| | Name | | | |

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$324,486.79** |
|---|---|---|---|
| | **Siemens Healthcare Diagnostics** | ☐ Contingent | |
| | **221 Gregson Dr** | ☐ Unliquidated | |
| | **Cary, NC 27511** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Solv Health Inc** | ☐ Contingent | |
| | **1423 Broadway** | ☐ Unliquidated | |
| | **Suite 312** | ☐ Disputed | |
| | **Oakland, CA 94612** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Staples, Inc.** | ☐ Contingent | |
| | **500 Staples Drive** | ☐ Unliquidated | |
| | **Framingham, MA 01702** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Stericycle Central** | ☐ Contingent | |
| | **2355 Waukegan Rd** | ☐ Unliquidated | |
| | **Bannockbum, IL 60015** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$81,569.70** |
|---|---|---|---|
| | **Strategic Medical Properties, Inc** | ☐ Contingent | |
| | **1810 S El Camino Real** | ☐ Unliquidated | |
| | **Ste C** | ☐ Disputed | |
| | **San Clemente, CA 92672** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Sunrise Dermatology, PLLC** | ☐ Contingent | |
| | **4 Pine Hollow Drive** | ☐ Unliquidated | |
| | **Henderson, NV 89052** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Swift West Emergency Care Inc** | ☐ Contingent | |
| | **940 Pearl Drive** | ☐ Unliquidated | |
| | **San Marcos, CA 92078** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number (if known) | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Teklehaimanot Abraha**
**1090 B St**
**162**
**Hayward, CA 94541**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Tiffany Marie Porte**
**PO BOX 8493**
**Tamuning 96931**
**Guam**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Timothy Ogata**
**7803 East Walnut Ridge Road**
**Orange, CA 92869**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Triple B Forwarders**
**1511 Glenn Curtiss St**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Twilio, Inc**
**101 Spear St**
**Ste 500**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Uline Shipping Supplies**
**PO Box 88741**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**United Site Services**
**PO Box 660475**
**Dallas, TX 75266-0475**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

8/16/23 2:46PM

| Debtor | Worksite Labs, Inc., a Delaware corporation | Case number (if known) | 2:23-bk-14539-VZ |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address**<br>**Universal Baptist Church Inc**<br>**742 Jefferson Avenue**<br>**Brooklyn, NY 11221** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.126 | **Nonpriority creditor's name and mailing address**<br>**VELLAB**<br>**PO BOX 39802**<br>**Downey, CA 90239** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.127 | **Nonpriority creditor's name and mailing address**<br>**Vernice Williams**<br>**404A Hancock Street**<br>**Brooklyn, NY 11216** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.128 | **Nonpriority creditor's name and mailing address**<br>**William Baer**<br>**3210 James Drive**<br>**Carlsbad, CA 92008** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.129 | **Nonpriority creditor's name and mailing address**<br>**Williams Scotsman, Inc.**<br>**901 S Bond St**<br>**Ste 600**<br>**Baltimore, MD 21231** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.130 | **Nonpriority creditor's name and mailing address**<br>**WithumSmith+Brown, PC**<br>**506 Carnegie Center, Suite 400**<br>**Princeton, NJ 08540** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |
| 3.131 | **Nonpriority creditor's name and mailing address**<br>**WL Rich Hill LLC**<br>**12709 91st Avenue**<br>**Richmond Hill, NY 11418** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

8/16/23  2:46PM

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number *(if known)* | **2:23-bk-14539-VZ** |
|---|---|---|---|
| | Name | | |

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Yosemite Pathology Medical Group**
**PO BOX 981381**
**WEST SACRAMENTO, CA 95798**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ | 3,898,516.41 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $ | 3,898,516.41 |

8/16/23 2:46PM

| Fill in this information to identify the case: |
|---|
| Debtor name **Worksite Labs, Inc., a Delaware corporation** |
| United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) **2:23-bk-14539-VZ** |

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **See Attachment** |

| State what the contract or lease is for and the nature of the debtor's interest | State the term remaining | List the contract number of any government contract | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| Lease, Walnut Creek, CA E Operations | 9/16/2025 | | Bass Medical Group<br>2637 Shadelands Drive<br>Walnut Creek, CA 94598<br>925-932-6330 |
| Lease, Walnut Creek, CA Suite G Operations | 8/31/2025 | | Yosemite Pathology<br>4301 Northstar Way<br>Modesto, California 95356<br>209-577-1200 |
| Lease, Tukwila, WA Operations/Storage | 12/31/2023 | | SEAPHX LL, LLC bkm Management Company<br>601 Strander Blvd.<br>Tukwila, WA 98188<br>206-575-0765 |
| Lease, Long Beach, CA Headquarters | 12/31/2023 | | 3777+ Partners<br>17434 Bellflower Blvd 300<br>Bellflower, California, 90706<br>562-427-4124 |
| Lease, Placentia, CA Suite D Operations | 11/30/2023 | | PR Properties<br>1241 N Lakeview Ave # F<br>Anaheim, CA 92807<br>714-777-1468 |
| Lease, Placentia, CA Suite B Operations | 1/31/2024 | | PR Properties<br>1241 N Lakeview Ave # F<br>Anaheim, CA 92807<br>714-777-1468 |
| Lease, Las Vegas, NV Operations/Storage | 8/31/2025 | | MCA Realty, Inc.<br>18818 Teller Avenue, Suite 250, Irvine, CA 92612<br>702-903-2665 |
| Lease, Laguna Niguel Operations | 7/31/2025 | | Shea Properties<br>130 Vantis Dr, Suite 200, Aliso Viejo, CA 92656<br>702-903-2665 |
| Lease, Guam - GRMC Operations | 24 months from Start | | Guam Regional Medical City<br>c/o Accounting Dept<br>133 Route 3<br>Dededo, Guam 96929<br>671-645-5500 |
| Lease, Guam - Guam Medical Plaza Operations | 24 months from Start | | Pacific Investments Associates, LLC<br>1813 W Harvard, Ste. 431<br>Roseburg, OR 97470<br>541-464-4493 |
| Lease, Guam - Yigo Operations | 1/31/2025 | | Pay-Less Markets Inc<br>116 W. Chalan Santa Papa<br>P.M. Calvo Bldg<br>Hagatna, GU 96910<br>671-477-9266 |
| Lease, Guam - Dededo Operations | 1/31/2024 | | Pay-Less Markets Inc<br>116 W. Chalan Santa Papa<br>P.M. Calvo Bldg<br>Hagatna, GU 96910<br>671-477-9266 |
| Lease, Queens, NY Operations/Storage | 1/14/2024 | | Welner Associates 127-09 91ST AVE<br>RICHMOND HILL NY 11418 US<br>718-928-4775 |

| | | | |
|---|---|---|---|
| Contract, ABBOTT LABORATORIES INC. Capital Equipment | 5/1/2027 | | ABBOTT LABORATORIES INC<br>100 Abbott Park Road<br>Abbott Park, IL 60064 |
| Contract, Siemens Healthcare Diagnostics Capital Equipment | 11/30/2026 | | Siemens Healthcare Diagnostics<br>511 Benedict Ave<br>Tarrytown NY 10591 |
| Contract, Beckman Coulter Capital Equipment | 8/27/2025 | | Beckman Coulter<br>250 South Kraemer Boulevard<br>P.O. Box 8000<br>Brea, CA 92821 |
| Contract, Stericyle Inc. Waste Services | 3/1/2026 | | Stericyle Inc<br>2355 Waukegan Rd.<br>Bannockburn, IL 60015 |
| Contract, Pacific Office Automation Capital Equipment | 9/20/2026 | | Pacific Office Automation<br>12335 McCann Dr.<br>Santa Fe Springs, CA 90670 |
| Contract, Oracle America Inc. Software | 10/17/2023 | | Oracle America Inc.<br>2300 Oracle Way<br>Austin, TX 78741 |
| Contract, Orchard Software Corporation Software | 5/26/2025 | | Orchard Software Corporation<br>Attn: Curt Johnson<br>701 Congressional Boulevard, Suite 360<br>Carmel, IN 46032 |
| 2021 Hyundai Santa Fe Lease Number 22-15572 | | | Alliance Funding Group<br>c/o Kenneth D. Peters, Esq.<br>Dressler Peters, LLC<br>101 W. Grand Ave.,Suite 404<br>Chicago, Illinois 60654 |
| Alinity Processing Module Lease Number 22-16329 | | | Alliance Funding Group<br>c/o Kenneth D. Peters, Esq.<br>Dressler Peters, LLC<br>101 W. Grand Ave.,Suite 404<br>Chicago, Illinois 60654 |
| 2020 Honda CR-V Lease Number 22-17052 | | | Alliance Funding Group<br>c/o Kenneth D. Peters, Esq.<br>Dressler Peters, LLC<br>101 W. Grand Ave.,Suite 404<br>Chicago, Illinois 60654 |
| GWT 8000 Series AFU w/60L recirc. Lease Number 22-17105 | | | Alliance Funding Group<br>c/o Kenneth D. Peters, Esq.<br>Dressler Peters, LLC<br>101 W. Grand Ave.,Suite 404<br>Chicago, Illinois 60654 |
| Alinity Processing Module Lease Number 22-17471 | | | Alliance Funding Group<br>c/o Kenneth D. Peters, Esq.<br>Dressler Peters, LLC<br>101 W. Grand Ave.,Suite 404<br>Chicago, Illinois 60654 |
| Alinity C Processing Module Lease Number 22-17473 | | | Alliance Funding Group<br>c/o Kenneth D. Peters, Esq.<br>Dressler Peters, LLC<br>101 W. Grand Ave.,Suite 404<br>Chicago, Illinois 60654 |

8/16/23 2:46PM

| Fill in this information to identify the case: |
|---|

| Debtor name | **Worksite Labs, Inc., a Delaware corporation** |
|---|---|
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION |
| Case number (if known) | **2:23-bk-14539-VZ** |

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | _____ | _____ | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.2 | _____ | _____ | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.3 | _____ | _____ | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |
| 2.4 | _____ | _____ | | | _____ | ☐ D |
| | | Street | | | | ☐ E/F |
| | | _____ | | | | ☐ G |
| | | City | State | Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    **Worksite Labs, Inc., a Delaware corporation**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES
DIVISION

Case number (if known)    **2:23-bk-14539-VZ**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,723,719.49** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$54,144,570.90** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$47,488,149.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

8/16/23 2:46PM

Debtor **Worksite Labs, Inc., a Delaware corporation**   Case number *(if known)* **2:23-bk-14539-VZ**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See Attachment** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Craig Beam**<br>**9971 Deerhaven Dr.**<br>**Santa Ana, CA 92705**<br>**Owner** | | **$125,000.00** | **Salary; 26 biweekly payments** |
| 4.2. **Gary Frazier**<br>**2357 Cedar Ave**<br>**Long Beach, CA 90806**<br>**Owner** | | **$187,600.00** | **Salary; 26 biweekly payments** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

| Name | Amount Paid |
|------|------------:|
| Mountain Ridge | $ 1,832,634.12 |
| Gusto | $ 1,368,404.20 |
| Lendspark | $ 235,800.00 |
| Anthem | $ 151,976.45 |
| Medical Practice Partner Llc | $ 130,331.96 |
| Salescatcher Llc | $ 109,526.96 |
| OM Healthcare | $ 105,000.00 |
| Randstad Healthcare | $ 105,000.00 |
| Rapid Acceleration Partners | $ 76,920.00 |
| Abbott | $ 71,500.00 |
| Rebuild California Alliance | $ 70,775.00 |
| Alliance Funding Group | $ 70,313.76 |
| Dotted Line | $ 70,000.00 |
| CG Capital | $ 60,000.00 |
| Mindful Financial | $ 56,890.00 |
| Reliance Law Group | $ 51,620.50 |
| Aleph | $ 50,000.00 |
| United Airlines | $ 41,727.81 |
| Strategic Medical Properties, Inc | $ 40,820.61 |
| First Insurance | $ 40,788.10 |
| Bedside and Beyond | $ 37,694.56 |
| Timothy Ogata | $ 35,386.73 |
| Greenberg Traurig | $ 35,000.00 |
| Google | $ 31,017.72 |
| Canary | $ 29,789.63 |
| NextGen Healthcare | $ 27,719.99 |
| Jennifer Artero | $ 26,222.96 |
| Glen Arbor CAPITAL | $ 25,000.00 |
| Life Technologies Corporation | $ 23,204.50 |
| Stericycle | $ 22,325.83 |
| Atila | $ 19,054.38 |
| Core Tech Investments | $ 18,374.19 |
| Basic Benefits | $ 16,928.71 |
| Market Research & Development | $ 15,844.87 |
| Intercompany Transfer | $ 15,000.00 |
| Cobalt Equipment, Inc. | $ 12,666.67 |
| Lumiradx, Inc | $ 12,500.00 |
| Gregory Hassell | $ 12,320.00 |
| Hanna Construction | $ 12,100.00 |
| Lara Dalinsky | $ 12,000.00 |
| MCA Property Management | $ 11,522.41 |
| Naor Ventura | $ 11,250.00 |
| Adit Parasuram | $ 10,692.21 |
| pVerify, Inc. | $ 10,438.10 |
| Telephone | $ 10,125.00 |
| BairesDev | $ 10,000.00 |
| Madhu Augustine | $ 10,000.00 |

| | | |
|---|---|---|
| Mobile Fuse LLC | $ | 10,000.00 |
| McKesson | $ | 9,575.08 |
| Gundry Partners | $ | 9,389.34 |
| Joe Fieck | $ | 8,797.50 |
| Fast Signs of Long Beach | $ | 8,235.69 |
| Ernestine Melecio | $ | 8,000.00 |
| Hubspot Inc. | $ | 7,620.00 |

8/16/23  2:46PM

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number *(if known)* | **2:23-bk-14539-VZ** |

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **911 Covid Testing v. WSL 23STCV01706** | **Contract dispute** | **Superior Court of the State of California for the County of LA 312 N. Spring Street Los Angeles, CA 90012** | ■ Pending ☐ On appeal ☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **Hospitals of Hope 3545 N. Santa Fe Street Wichita, KS 67219** | **Mobile laboratory unit** | **3/16/2023** | **$38,000.00** |
| **Recipients relationship to debtor** | | | |

**Part 5:    Certain Losses**

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Stolen generator** | **$28,359.00** | **4/3/2023** | **$28,359.00** |

**Part 6:    Certain Payments or Transfers**

11.  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

8/16/23 2:46PM

Debtor    **Worksite Labs, Inc., a Delaware corporation**                    Case number *(if known)* **2:23-bk-14539-VZ**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Levene Neale Bender Yoo & Golubchik LLP**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034** | | | **$50,000.00** |
| | **Email or website address**<br>**www.lnbyg.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Clinic in a Can**<br>**9745 E. 50th Street N.**<br>**Bel Aire, KS 67226** | **Sale of mobile laboratory** | **4/2022** | **$38,000.00** |
| | **Relationship to debtor** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **See Attachment** | |

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| Street | City | State | Zip Code | Date of Occupancy FROM | Date of Occupancy TO |
|---|---|---|---|---|---|
| 738 Jefferson Ave., Brooklyn, NY 11221 | Brooklyn | NY | 11221 | 6/7/2021 | 7/1/2023 |
| 89-40 133rd Street, Richmond Hill, New York 11418 (~13,000 SF parking lot) | Queens | NY | 11418 | 5/15/2021 | 5/14/2023 |
| 132-02 89th Ave. Richmond Hill, NY 11418 – Suite #103 | Queens | NY | 11418 | 5/15/2021 | MTM |
| 2450 Del Paso Road (40 parking spaces) | Sacramento, CA | CA | 95834 | 12/1/2021 | 6/1/2022 |
| Portion of Lot DD (33,984 sf) & Berman Reflection Room (Terminal, 2,700 sf) | San Francisco, CA (Airport) | CA | 94128 | 8/1/2021 | 6/1/2023 |
| 1595 Van Ness Ave (parking lot and use of interior bldg. area) | San Francisco, (Van Ness) | CA | 94109 | 1/31/2021 | 1/31/2023 |
| 2470 Airport Blvd | San Jose | CA | 95110 | 12/1/2020 | 4/30/2022 |
| 8235 NE Airport Way, Portland, OR 97220 | Portland | OR | 97220 | 12/1/2021 | 1/31/2023 |
| 16025 International Blvd., | Sea Tac | WA | 98188 | 9/1/2021 | 5/30/2022 |
| 19820 International Blvd | Sea Tac | WA | 98188 | 6/1/2022 | 5/31/2023 |
| 849 Industry Dr., Tukwila (1,789 SF) | Tukwila | WA | 98188 | 1/1/2022 | 12/31/2023 |
| parking lot bound by Donald Douglas Dr. & North Lakewood Blvd. ("Rental Car Storage Lot") | Long Beach | CA | 90808 | 12/1/2021 | 1/31/2023 |
| 3777 Long Beach Blvd, Suite 260, Long Beach 90807 (1,735 sf) | Long Beach | CA | 90807 | 1/8/2022 | 12/31/2023 |
| 1890 E. Miraloma Ave, #D, Placentia (1,220 SF) | Placentia | CA | 92870 | 12/1/2021 | 11/30/2023 |
| 1890 E. Miraloma Ave, #B, Placentia (1,200 SF) | Placentia | CA | 92870 | 2/1/2022 | 1/31/2024 |
| 3298 Kettner Blvd. Parking Lot Level P4 | San Diego, CA | CA | 92101 | 1/1/2022 | 11/30/2022 |
| Part of Lot H & Cell Phone Lot | Austin | TX | 78719 | 1/1/2022 | 1/15/2023 |
| 4500 Tropicana Ave, Las Vegas, NV 89103 | Las Vegas | NV | 89103 | 9/1/2021 | 12/31/2022 |
| 3025 S 48th St, Phoenix, plus use of 2nd floor of on-site office building | Phoenix | AZ | 85040 | 1/1/2022 | 6/30/2022 |
| 11022 Aviation Blvd | Los Angeles (airport) | CA | 90045 | 3/1/2022 | 11/30/2022 |
| 7722 Avalon Blvd. | South Los Angeles | CA | 90003 | 7/25/21 | MTM |
| 2637 Shadelands Drive, Walnut Creek, CA 94598 (3,098 sf) | Walnut Creek | CA | 94598 | 9/17/2022 | 9/16/2025 |
| 2637 Shadelands Dr, Suite G (1,709 sf) | Walnut Creek | CA | 94598 | 2/21/2022 | 8/31/2025 |
| 849 Industry Dr., Tukwila (1,789 SF) | Tukwila | WA | 98188 | 1/1/2022 | 12/31/2023 |
| 3777 Long Beach Blvd, Suite 260, Long Beach 90807 (1,735 sf) | Long Beach | CA | 90807 | 1/8/2022 | 12/31/2023 |
| 1890 E. Miraloma Ave, #D, Placentia (1,220 SF) | Placentia | CA | 92870 | 12/1/2021 | 11/30/2023 |
| 1890 E. Miraloma Ave, #B, Placentia (1,200 SF) | Placentia | CA | 92870 | 2/1/2022 | 1/31/2024 |
| 3140 Polaris #1, 2, 49, 50 (4,101 SF) | Las Vegas | NV | 89102 | 9/1/2022 | 8/31/2025 |
| 30271 Golden Lantern, Suite A, Laguna Niguel, CA | Laguna Niguel | CA | 92677 | 8/1/2023 | 7/31/2025 |
| 13 3 Dededo, Rm LA-301 | Guam - GRMC | | 96929 | TBD | 24 months from |
| 633 Gov. Carlos Camacho Rd, Ste.100 | Guam - Tamuning | | 96913 | TBD | 24 months from Start |
| 525 Chalon Ramon Haya, | Guam - Yigo | | 96929 | TBD | 1/31/2025 |
| 214 W. Marine Dr. | Guam - Dededo | | 96929 | 2/1/2022 | 1/31/2024 |
| 261 Loomis Street | San Francisco | CA | 94124 | 10/31/20 | 8/13/21 |
| 200 N. Main Street | Las Vegas | NV | 89101 | 11/27/20 | 8/21/21 |
| 6695 Green Valley | Culver City | CA | 90230 | 11/26/20 | 9/30/21 |
| 2450 Del Paso Rd Suite 110 | Sacramento | CA | 95834 | 6/1/22 | 3/30/23 |
| 66 Airport Access Road, | Oakland | CA | 94603 | 5/1/2021 | 1/31/2022 |

Debtor    **Worksite Labs, Inc., a Delaware corporation**    Case number *(if known)* **2:23-bk-14539-VZ**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. **See attached** | | |

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider.<br>**Electronically** | How are records kept?<br><br>*Check all that apply:*<br><br>■ Electronically<br>☐ Paper |

---

**Part 9:**    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Electronically**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

        ☐ No Go to Part 10.
        ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Empower** | EIN:  **85-1054301** |

    Has the plan been terminated?
    ■ No
    ☐ Yes

---

**Part 10:**    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

| Services | Street | City | State | Zip Code | Date of Occupancy FROM | Date of Occupancy TO | Patient Records |
|---|---|---|---|---|---|---|---|
| Office | 3777 Long Beach Blvd, Suite 260, Long Beach 90807 (1,735 sf) | Long Beach | CA | 90807 | 1/8/2022 | 12/31/2023 | Electronic Portal/Cloud |
| Laboratory | 1890 E. Miraloma Ave, #D, Placentia (1,220 SF) | Placentia | CA | 92870 | 12/1/2021 | 11/30/2023 | Electronic Portal/Cloud, and File Cabinet |
| Laboratory | 1890 E. Miraloma Ave, #B, Placentia (1,200 SF) | Placentia | CA | 92870 | 2/1/2022 | 1/31/2024 | Electronic Portal/Cloud |
| Clinical | 7722 Avalon Blvd. | South Los Angeles | CA | 90003 | 7/25/21 | MTM | Electronic Portal/Cloud |
| Laboratory and Clinical | 2637 Shadelands Drive, Walnut Creek, CA 94598 (3,098 sf) | Walnut Creek | CA | 94598 | 9/17/2022 | 9/16/2025 | Electronic Portal/Cloud, and File Cabinet |
| Laboratory | 2637 Shadelands Dr, Suite G (1,709 sf) | Walnut Creek | CA | 94598 | 2/21/2022 | 8/31/2025 | Electronic Portal/Cloud |
| Laboratory and Warehouse Storage | 3140 Polaris #1, 2, 49, 50 (4,101 SF) | Las Vegas | NV | 89102 | 9/1/2022 | 8/31/2025 | Electronic Portal/Cloud |
| Clinical | 214 W. Marine Dr. | Guam - Dededo | | 96929 | 2/1/2022 | 1/31/2024 | Electronic Portal/Cloud and File Cabinet |

8/16/23  2:46PM

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number *(if known)* | **2:23-bk-14539-VZ** |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| **See Attachment** | - | | ☐ No |
| | | | ■ Yes |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Facility Name | Facility Address | Names of Anyone Who Has Access | Description of Contents | Is the Storage Facility Still Active? (YES OR NO) |
|---|---|---|---|---|
| Clinic in a Can | 9745 East 50th Street North, Bel Aire, KS 67226 | Out of State; Clinic in a Can Staff | Lab Containers | YES |
| Lock and Leave Storage at Placentia | 550 Richfield Rd., Placentia, CA 92870 | Placentia Staff (Various) | Lab Supplies | YES |

8/16/23 2:46PM

| Debtor | **Worksite Labs, Inc., a Delaware corporation** | Case number *(if known)* | **2:23-bk-14539-VZ** |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **Aleph LLC** | **Clinical medical laboratory** | EIN:    **87-2178869** |
| | | From-To   **5/09/22 to Present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Stephens, Reidinger & Beller, LLP**<br>**1301 Dove Street, #890**<br>**Newport Beach, CA 92660** | **2020 to 2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Various Parties**<br>**(to gain credit for operations)** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐   No
■   Yes. Give the details about the two most recent inventories.

8/16/23 2:46PM

Debtor    **Worksite Labs, Inc., a Delaware corporation**                    Case number *(if known)*    **2:23-bk-14539-VZ**

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Enrique Vbiadas** | **5/5/23** | **$2,538,121.24** |
|  | Name and address of the person who has possession of inventory records | | |
|  | **Enrique Vbiadas**<br>**3777 Long Beach Blvd, Unit 260**<br>**Long Beach, CA 90807** | | |
| 27.2. | **Enrique Vbiadas** | **6/6/23** | **$2,589,822.21** |
|  | Name and address of the person who has possession of inventory records | | |
|  | **Enrique Vbiadas**<br>**3777 Long Beach Blvd, Unit 260**<br>**Long Beach, CA 90807** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Gary Frazier** | **2357 Cedar Avenue**<br>**Long Beach, CA 90806** | **Owner** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Craig Beam** | **9971 Deerhaven Drive**<br>**Santa Ana, CA 92705** | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ☑ No
- ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Gary Frazier**<br>**2357 Cedar Avenue**<br>**Long Beach, CA 90806** | **$187,600** | **Bi-weekly** | **Salary** |
|  | Relationship to debtor<br>**Owner** | | | |

8/16/23  2:46PM

Debtor  **Worksite Labs, Inc., a Delaware corporation**                                    Case number *(if known)*  **2:23-bk-14539-VZ**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.2 · **Craig Beam**<br>**9971 Deerhaven Drive**<br>**Santa Ana, CA 92705** | **$125.000.00** | **Bi-weekly** | **Salary** |
| **Relationship to debtor**<br>**Owner** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 16, 2023**

Signature of individual signing on behalf of the debtor

**Gary Frazier**
Printed name

Position or relationship to debtor   **Chief Executive Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

8/16/23  2:46PM

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California - Los Angeles Division

In re **Worksite Labs, Inc., a Delaware corporation**  Case No. **2:23-bk-14539-VZ**
Debtor(s)   Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept $ **200,000.00\***

Prior to the filing of this statement I have received $ **50,000.00**

Balance Due $ **150,000.00**

2. $ **1,739.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **Advising the Debtor with regard to the requirements of the Bankruptcy Court, Bankruptcy Code, Bankruptcy Rules and the Office of the United States Trustee as they pertain to the Debtor; advising the Debtor with regard to certain rights and remedies of its bankruptcy estate and the rights, claims and interests of creditors; representing the Debtor in any proceeding or hearing in the Bankruptcy Court involving its estate unless the Debtor is represented in such proceeding or hearing by other special counsel; conducting examinations of witnesses, claimants or adverse parties and representing the Debtor in any adversary proceeding except to the extent that any such adversary proceeding is in an area outside of LNBYB's expertise or which is beyond LNBYB's staffing capabilities; preparing and assisting the Debtor in the preparation of reports, applications, pleadings and orders including, but not limited to, applications to employ professionals, interim statements and operating reports, initial filing requirements, schedules and statement of financial affairs, lease pleadings, cash collateral pleadings, financing pleadings, and pleadings with respect to the Debtor's use, sale or lease of property outside the ordinary course of business; representing the Debtor with regard to obtaining use of debtor in possession financing and/or cash collateral including, but not limited to, negotiating and seeking Bankruptcy Court approval of any debtor in possession financing and/or cash collateral pleading or stipulation and preparing any pleadings relating to obtaining use of debtor in possession financing and/or cash collateral; assisting the Debtor in the negotiation, formulation, preparation and confirmation of a plan of reorganization and the preparation and approval of a disclosure statement in respect of the plan; and performing any other services which may be appropriate in LNBYB's representation of the Debtor during its bankruptcy case.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Matters which are outside of LNBYB's specialization**

**\* Prior to the bankruptcy filing, the Debtor and LNBYG agreed to a retainer of $200,000 ("Retainer") which the Debtor did not have in its accounts based on the daily sweeps from its lender. As a result, the parties agreed to a pre-petition retainer of $50,000 plus filing fee of $1,739 and a post-petition retainer of $150,000 from financing which the Debtor intended to seek approval of. As a result, pre-petition, LNBYG received a retainer of $51,739, inclusive of the filing fee, which was paid by the Debtor. LNBYG exhausted approximately$13,112.50 of the Retainer prior to the commencement of the case, leaving a retainer on the Petition Date of $36,887.50.**

8/16/23  2:46PM

In re    __Worksite Labs, Inc., a Delaware corporation__        Case No.    __2:23-bk-14539-VZ__
                                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__August 16, 2023__
*Date*

__/s/ Anthony A. Friedman__
**Anthony A. Friedman**
*Signature of Attorney*
**Levene, Neale, Bender, Yoo & Golubchik L.L.P**
**2818 La Cienega Avenue**
**Los Angeles, CA 90034**
**(310) 229-1234**
**aaf@lnbyg.com**
*Name of law firm*

8/16/23 2:46PM

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Anthony A. Friedman**<br>**2818 La Cienega Avenue**<br>**Los Angeles, CA 90034**<br>**(310) 229-1234**<br>California State Bar Number: **201955 CA**<br>aaf@lnbyg.com | |

■ *Attorney for:*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>    **Worksite Labs, Inc., a Delaware corporation**<br>Debtor(s), | CASE NO.: **2:23-bk-14539-VZ**<br>ADVERSARY NO.:<br>CHAPTER:    **11** |
|---|---|
| Plaintiff(s), | |
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,    **Anthony A. Friedman**                                           , the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                **F 1007-4.CORP.OWNERSHIP.STMT**

8/16/23 2:46PM

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
*[For additional names, attach an addendum to this form.]*

b.      ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_August 16, 2023_
Date

By:    _/s/ Anthony A. Friedman_
Signature of Debtor, or attorney for Debtor

Name:    **Anthony A. Friedman**
Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                **F 1007-4.CORP.OWNERSHIP.STMT**